**UNITED STATES of America,**
**Appellee,**

v.

**Nasir Jaleel RAHIM, also known as Junero Antonio Smith,**
**Appellant.**

**No. 05–1573.**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 20, 2006.

Filed: June 27, 2006.

Andrew R. Winter, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Nasir Jaleel Rahim, Oklahoma City, OK, pro se.

Craig E. Cascarano, Minneapolis, MN, for Appellant.

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

PER CURIAM.

Nasir Jaleel Rahim appeals the sentence imposed by the district court [1] upon his guilty plea to drug and firearm charges. Rahim was sentenced as a career offender under U.S.S.G. § 4B1.1(a) (defendant is career offender if, among other things, he has at least 2 prior convictions of either crime of violence or controlled substance offense), based in part on a prior state felony conviction for auto theft. Rahim urges this court to revisit our holding that auto theft is a crime of violence for purposes of section 4B1.1(a). *See United States v. Barbour*, 395 F.3d 826, 827–28 (8th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 133, 163 L.Ed.2d 137 (2005); *United States v. Sprouse*, 394 F.3d 578, 579–81 (8th Cir.2005); *United States v. Sun Bear*, 307 F.3d 747, 751–53 (8th Cir.2002), *cert. denied,* 539 U.S. 916, 123 S.Ct. 2275, 156 L.Ed.2d 133 (2003). Only the court sitting en banc may do so. *See United States v. Wright*, 22 F.3d 787, 788 (8th Cir.1994). Accordingly, we affirm.

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.